UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:10-CV-21389-FAM

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

      Plaintiffs/Counterclaim Defendants,

vs.

APOTEX INC.,

      Defendant/Counterclaim Plaintiff.

_____/

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER
PURSUANT TO FED. R. CIV. P. 41(a)(2)**

Plaintiffs, ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK

LIMITED, IPR PHARMACEUTICALS INC., and SHIONOGI SEIYAKU KABUSHIKI

KAISHA (collectively "Plaintiffs"), and Defendant/Counterclaim Plaintiff, APOTEX, INC.,

hereby submit this Joint Motion for Entry of Stipulated Order pursuant to Fed. R. Civ. P.

41(a)(2), and state:

On June 15, 2010, this civil action was closed for statistical purposes and placed in a civil

suspense file until the action is ready to proceed to final disposition (D.E. No. 312), and now the

parties are informing the Court that this civil action is ready to proceed.

Plaintiffs brought against Defendants Apotex Inc. and Apotex Corp. Civil Action No. 07-

809-JJF-LPS in the United States District Court for the District of Delaware ("Delaware Court")

claims for infringement of U.S. Patent No. RE37,314 ("the '314 patent").

1

In that civil action Apotex Inc. and Apotex Corp. brought against Plaintiffs counterclaims for declaratory judgments of non-infringement, invalidity, unenforceability, and misuse (based on alleged enforcement of an invalid and unenforceable patent) of the '314 patent, and the respective parties filed defenses against those claims and counterclaims.

Plaintiffs brought those claims for infringement of the '314 patent under 35 U.S.C §271(e)(2)(A) based on the submission of Abbreviated New Drug Application ("ANDA") No. 79-145 to the United States Food and Drug Administration ("FDA"), for which Apotex Inc. is the ANDA applicant and Apotex Corp. is, *inter alia*, Apotex Inc.'s FDA agent.

The claims and counterclaims between Plaintiffs and Apotex Inc. were transferred to this Court (becoming Case Number 1:10-cv-21389-FAM in this Court) shortly before trial against Apotex Corp. in the Delaware Court.

On July 15, 2010, the Delaware Court entered final judgment for Plaintiffs and against Apotex Corp., holding that Apotex Corp. infringed claims 6 and 8 of the '314 patent by submitting ANDA No. 79-145 to the FDA, and upholding the validity and enforceability of claims 6 and 8 of the '314 patent in denying Apotex Corp.'s counterclaims alleging non-infringement, invalidity, and unenforceability of the '314 patent.

Apotex Corp. appealed the Delaware Court's final judgment and holdings to the United States Court of Appeals for the Federal Circuit (Nos. 2010-1464 & 1465).

The Federal Circuit affirmed the Delaware Court's final judgment and holdings, denied rehearing by the Federal Circuit panel, denied rehearing *en banc* by the full Federal Circuit, and issued its mandate on March 19, 2013.

Apotex Inc. agrees that it is bound by all holdings and judgments for Plaintiffs and against Apotex Corp. regarding infringement of claims 6 and 8 of the '314 patent based on the

2

submission of ANDA No. 79-145 to the FDA, and the validity and enforceability of those patent

claims, in Civil Action No. 07-809-JJF-LPS before the Delaware Court and all appeals

therefrom, including but not limited to (a) the Delaware Court's July 15, 2010 Amended Final

Judgment Order providing, *inter alia*, that it is:

> ORDERED AND ADJUDGED that Judgment shall be entered in favor of Plaintiffs and against [Apotex Corp.] on all counterclaims alleging noninfringement, invalidity, or unenforceability of the '314 patent; and it is further,
>
> ***
>
> ORDERED that pursuant to 35 U.S.C. §271(e)(4)(A), the effective date of any approval of Abbreviated New Drug Application No. 79-415, filed by or on behalf of Apotex [Corp.], shall be a date which is not earlier than the date of expiration of the '314 patent (January 8, 2016, with attached six months of pediatric exclusivity ending on July 8, 2016);

(b) the Federal Circuit's affirmance of the Delaware Court's holdings for Plaintiffs and against

Apotex Corp., and (c) subsequent holdings upon further court review, if any, of the Delaware

Court's holdings for Plaintiffs and against Apotex Corp. in Civil Action No. 07-809-JJF-LPS or

the Federal Circuit's affirmance of those holdings.  Apotex Inc. further agrees that it is precluded

from asserting any claims or issues regarding infringement, validity, or enforceability of the '314

patent to the same extent that Apotex Corp. is precluded.

WHEREFORE Plaintiffs and Apotex Inc. respectfully request that the Court enter the

proposed stipulated order attached hereto as Exhibit A.

Dated: April 19, 2013.

3

| | |
|---|---|
| *s/Lida Rodriguez-Taseff* | *s/John A. Camp* |
| Lida Rodriguez-Taseff, Esq. | John A. Camp (FBN: 848115) |
| lrtaseff@duanemorris.com | jcamp@carltonfields.com |
| DUANE MORRIS, LLP | Jeffrey Michael Cohen (FBN: 091495) |
| 200 S Biscayne Boulevard | jmcohen@carltonfields.com |
| Suite 3400 | CARLTON FIELDS, P.A. |
| Miami, FL 33131 | Miami Tower |
| Telephone No: (305) 960-2242 | 100 SE 2nd Street, Suite 4200 |
| Facsimile No: (305) 397-2443 | Miami, Florida 33131-9101 |
| | Telephone: (305) 530-0050 |
| | Facsimile: (305) 530-0055 |
| Robert B. Breisblatt, Esq. | |
| Craig Kuchii, Esq. | and |
| Jeremy Daniel, Esq. | |
| KATTEN MUCHIN ROSENMAN LLP | Chris S. Coutroulis (FBN: 300705) |
| 525 West Monroe Street | ccoutroulis@carltonfields.com |
| Chicago, IL 60661-3693 | CARLTON FIELDS, P.A. |
| Telephone No: (312) 902-5200 | 4221 W. Boy Scout Blvd., Suite 1000 |
| Facsimile No: (312) 902-1061 | Tampa, Florida 33607 |
| | Telephone: (813) 223-7000 |
| | Facsimile: (813) 229-4133 |
| *Attorneys for Defendant/Counterclaim* | Email: |
| *Plaintiff Apotex, Inc* | |

Of Counsel:

Ford F. Farabow
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Charles E. Lipsey
Kenneth M. Frankel
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Two Freedom Sq.
11955 Freedom Dr.
Reston, VA 20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Mary W. Bourke
WOMBLE CARLYLE
SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330

Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Telephone: (212) 218-2100
Facsimile:  (212) 218-2200

*Attorneys for Plaintiffs/Counterclaim Defendants*
*AstraZeneca Pharmaceuticals LP, AstraZeneca*
*UK Limited, IPR Pharmaceuticals Inc., and*
*Shionogi Seiyaku Kabushiki Kaisha*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record identified either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___*s/John A. Camp*_____

John A. Camp, Esq.
Florida Bar No.: 848115