# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:10-CV-21389-FAM

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

    Plaintiffs/Counterclaim Defendants,

vs.

APOTEX INC.,

    Defendant/Counterclaim Plaintiff.
_____/

**[PROPOSED] STIPULATED ORDER
PURSUANT TO FED. R. CIV. P. 41(a)(2)**

This cause came before the Court, upon the Agreed Motion for Entry of Stipulated Order Pursuant to Fed.R.Civ.P. 41(a)(2) which was filed by Plaintiffs ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, and Defendant/Counterclaim Plaintiff, APOTEX, INC.  The Court having reviewed the file and being otherwise fully advised in the premises, it is hereby:

ORDERED, ADJUDGED, AND DECREED that:

1.    This case is reopened for final disposition.

2.    The Court notes and accepts the agreement by Apotex Inc. that it is bound by all holdings and judgments for Plaintiffs and against Apotex Corp. regarding infringement of claims 6 and 8 of the '314 patent based on the submission of ANDA No. 79-145 to the FDA, and the validity and enforceability of those patent claims, in Civil Action No. 07-809-JJF-LPS before the

26784285.1

Delaware Court and all appeals therefrom, including but not limited to (a) the Delaware Court's July 15, 2010 Amended Final Judgment Order providing, *inter alia*, that it is:

> ORDERED AND ADJUDGED that Judgment shall be entered in favor of Plaintiffs and against [Apotex Corp.] on all counterclaims alleging noninfringement, invalidity, or unenforceability of the '314 patent; and it is further,
>
> ***
>
> ORDERED that pursuant to 35 U.S.C. §271(e)(4)(A), the effective date of any approval of Abbreviated New Drug Application No. 79-415, filed by or on behalf of Apotex [Corp.], shall be a date which is not earlier than the date of expiration of the '314 patent (January 8, 2016, with attached six months of pediatric exclusivity ending on July 8, 2016);

(b) the Federal Circuit's affirmance of the Delaware Court's holdings for Plaintiffs and against Apotex Corp., and (c) subsequent holdings upon further court review, if any, of the Delaware Court's holdings for Plaintiffs and against Apotex Corp. in Civil Action No. 07-809-JJF-LPS or the Federal Circuit's affirmance of those holdings. Apotex Inc. further agrees that it is precluded from asserting any claims or issues regarding infringement, validity, or enforceability of the '314 patent to the same extent that Apotex Corp. is precluded.

3. Except to the extent set forth above, all claims by Plaintiffs against Apotex Inc. are dismissed without prejudice, and all counterclaims by Apotex Inc. against Plaintiffs are dismissed without prejudice.

4. The Clerk of the Court is directed to enter this Order.

**SO ORDERED,** this _____ day of _____, 2013.

_____
Frederico A. Moreno
Chief United States District Judge